IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT STILTNER,

    Plaintiff,

v.	CASE NO. 4:13cv302-RH/CAS

MS. DURDEN,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 27. No objections have been filed. I find, based on the evidence in the record, that the plaintiff did not fully exhaust his administrative remedies before filing the complaint. Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed for failure to exhaust administrative remedies." The clerk must close the file.

SO ORDERED on March 9, 2015.

                          s/Robert L. Hinkle
                          United States District Judge